**Michael SWEENEY, Plaintiff-Appellant,**

v.

**STATE of Colorado, DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION, Defendant-Appellee.**

**No. 86SA45.**

Supreme Court of Colorado.

Nov. 24, 1986.

### ORDER OF COURT

Upon consideration of the Motion for Voluntary Dismissal filed by counsel for Defendant-Appellee and counsel for Plaintiff-Appellant herein, and now being sufficiently advised in the premises,

It Is This Day Ordered that said Motion shall be, and the same hereby is, Granted, and this appeal is Dismissed and the matter Remanded to the trial court for any further proceedings.